**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                        Case Number: 07 C 50231

Precast Management corp., a Nevada corporation,
            Plaintiff
     vs.
Amcore Bank, N.A, a National Banking
Association,  Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Precast Management Corp.

**FILED**

**NOV 2 1 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Jeffrey L. Lewis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey L. Lewis | |
| FIRM <br> Klein, Stoddard, Buck, Waller & Lewis, LLC | |
| STREET ADDRESS <br> 2045 Aberdeen Court, Suite A | |
| CITY/STATE/ZIP <br> Sycamore, IL 60178 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6257559 | TELEPHONE NUMBER <br> 815-748-0380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |