## United States District Court for the Northern District of Illinois

Case Number: 07 C 50231          Assigned/IssuedBy: _____

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP        ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____            Fiscal Clerk: _____

**FILED NOV 26 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### ISSUANCES

**Type Of Issuance:**
☒ Summons                    ☐ Alias Summons
☐ Third Party Summons        ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
      (Type of Writ)

1 Original and 1 copies on 11-26-07 as to deft
                            (Date)

C:\wpwin80\docket\feeinfo.frm   01/01