# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

PRECAST MANAGEMENT CORP., Plaintiff
vs.
AMCORE BANK, N.A., Defendant

Case Number: 07-C-50231

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMCORE BANK, N.A., a national banking association, Defendant

| NAME (Type or print) |
| --- |
| Thomas J. Lester |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Thomas J. Lester |

| FIRM |
| --- |
| HINSHAW & CULBERTSON LLP |

| STREET ADDRESS |
| --- |
| 100 Park Avenue |

| CITY/STATE/ZIP |
| --- |
| Rockford, IL 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6189291 | (815) 490-4900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐