IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PRECAST MANAGEMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07-C-50231 |
| v. ) | |
| ) | Judge: Frederick J. Kapala |
| AMCORE BANK, N.A., a national banking ) | |
| association, ) | |
| ) | |
| Defendant. ) | |

## ANSWER AND AFFIRMATIVE DEFENSE

NOW COMES the Defendant, AMCORE BANK, N.A., a national banking association, hereinafter referred to as "AMCORE", by and through its attorneys, HINSHAW & CULBERTSON LLP, and as its Answer and Affirmative Defense to the Complaint against it filed by the Plaintiff, PRECAST MANAGEMENT CORP., a Nevada corporation, states as follows:

## NATURE OF THE ACTION

1.      AMCORE admits that the Plaintiff has brought this action against AMCORE for conversion or negligence for honoring checks payable to the Plaintiff, without Plaintiff's endorsement or authorization; however, AMCORE denies that any such conversion or negligence took place or that AMCORE honored checks without the proper endorsement or authorization.

## PARTIES AND JURISDICTION

1.      AMCORE states that it has insufficient information to form a belief as to the truth of the allegations in ¶1 of Plaintiff's Complaint, and therefore, demands strict proof thereof.

2.      AMCORE admits all of the allegations contained in ¶2 of Plaintiff's Complaint.

3. AMCORE states that it has insufficient information to form a belief as to the truth of the allegations in ¶3 of Plaintiff's Complaint, and therefore, demands strict proof thereof.

4. AMCORE admits all of the allegations contained in ¶4 of Plaintiff's Complaint.

5. AMCORE admits all of the allegations contained in ¶5 of Plaintiff's Complaint.

## COUNT I

## CONVERSION

6. AMCORE restates and realleges its Answers to ¶¶1-5 as its Answer to ¶6 of Count I of Plaintiff's Complaint as if set forth herein.

7. AMCORE states that it has insufficient information to form a belief as to the truth of the allegations in ¶7 of Count I of Plaintiff's Complaint, and therefore, demands strict proof thereof.

8. AMCORE denies all of the allegations contained in ¶8 of Count I of Plaintiff's Complaint.

9. AMCORE states that it has insufficient information to form a belief as to the truth of the allegations in ¶9 of Count I of Plaintiff's Complaint, and therefore, demands strict proof thereof.

10. AMCORE denies all of the allegations contained in ¶10 of Count I of Plaintiff's Complaint.

11. AMCORE makes no answer to ¶11 of Count I Plaintiff's Complaint as ¶11 is a statement of law and no answer is required and such paragraph should be stricken.

12. AMCORE denies all of the allegations contained in ¶12 of Count I of Plaintiff's Complaint.

70550006v1 863313

13. AMCORE admits that the Plaintiff has requested compensation for damages and that AMCORE has refused to do so; however, AMCORE denies that Plaintiff is entitled to any compensation.

14. AMCORE denies all of the allegations contained in ¶14 of Count I of Plaintiff's Complaint.

WHEREFORE, the Defendant, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court enter judgment in its favor and against the Plaintiff, PRECAST MANAGEMENT CORP., a Nevada corporation, and that Plaintiff's Complaint be dismissed with prejudice with costs and expenses to be awarded in favor of AMCORE BANK, N.A., and for such other relief that this Court deems just and necessary.

## COUNT II

## NEGLIGENCE

1-10. AMCORE restates and realleges its Answers to ¶¶1-10 of Count I as its Answers to ¶¶1-10 of Count II of Plaintiff's Complaint as if set forth herein.

11-13. AMCORE restates and realleges its Answers to ¶¶12-14 of Count I as its Answers to ¶¶11-13 of Count II of Plaintiff's Complaint as if set forth herein.

14. AMCORE states that it has insufficient information to form a belief as to the truth of the allegations in ¶14 of Count II of Plaintiff's Complaint, and therefore, demands strict proof thereof.

15. AMCORE denies all of the allegations contained in ¶15 of Count II Plaintiff's Complaint.

16. AMCORE states that it has insufficient information to form a belief as to the truth of the allegations in ¶16 of Count II of Plaintiff's Complaint, and therefore, demands strict proof thereof.

70550006v1 863313

17.　　AMCORE denies all of the allegations contained in ¶17 of Count II Plaintiff's Complaint.

WHEREFORE, the Defendant, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court enter judgment in its favor and against the Plaintiff, PRECAST MANAGEMENT CORP., a Nevada corporation, and that Plaintiff's Complaint be dismissed with prejudice with costs and expenses to be awarded in favor of AMCORE BANK, N.A., and for such other relief that this Court deems just and necessary.

### AFFIRMATIVE DEFENSE

On information and belief, all checks at issue under the Complaint, to the extent that they were payable to the Plaintiff, were validly endorsed by the Plaintiff or an individual or entity who was authorized by the Plaintiff to endorse said checks.

Dated: January 23, 2008　　　　　　　　　　Respectfully submitted,

AMCORE BANK, N.A., a national banking association, Defendant

BY:　HINSHAW & CULBERTSON LLP

By: s/Matthew M. Hevrin
　　　Matthew M. Hevrin

Matthew M. Hevrin (ARDC #6256083)
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

4

70550006v1 863313

## CERTIFICATE OF SERVICE

     I, Matthew M. Hevrin, an attorney, hereby certify that on January 23, 2008, I electronically filed Defendant's **ANSWER AND AFFIRMATIVE DEFENSE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service thereof to be served on:

> **Attorney for Plaintiff**
> Jeffrey L. Lewis
> KLEIN, STODDARD, BUCK, WALLER & LEWIS, LLC
> 2045 Aberdeen Court, Suite A
> Sycamore, IL  60178

and by mailing a copy to the above-referenced parties of record by depositing the same in the U.S. Mail at Rockford, Illinois, before the hour of 5:00 p.m. on January 23, 2008, proper postage prepaid.

> /s/Matthew M. Hevrin
> Matthew M. Hevrin
> Attorney for Defendant
> HINSHAW & CULBERTSON LLP
> 100 Park Avenue
> P.O. Box 1389
> Rockford, IL  61105-1389
> Telephone: 815-490-4900
> Facsimile: 815-490-4901
> mhevrin@hinshawlaw.com

70550006v1 863313