# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Western Division

Precast Management Corp.
                              Plaintiff,

v.                                                      Case No.: 3:07−cv−50231
                                                      Honorable Frederick J. Kapala

Amcore Bank, N.A.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge P. Michael Mahoney :Initial Pretrial conference held on 2/20/2008. Case management order approved. FRCP 26(a)(1) disclosure due 3/14/08. FRCP 26(a)(2) reserved. Amended Pleadings due by 8/29/2008. Fac Discovery ordered closed by 9/30/2008. Dispositive Motions due by 10/31/2008. Discovery Hearing set for 5/7/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.