IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PRECAST MANAGEMENT CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMCORE BANK, N.A., a national banking ) <br> association, ) <br> ) <br> Defendant. ) | Case No.: 07-C-50231 <br><br> Judge: Magistrate Judge P. Michael Mahoney |

## MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

NOW COMES the Defendant/Third Party Plaintiff, AMCORE BANK, N.A., a national banking association, hereinafter referred to as "AMCORE", by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Motion for Leave to File its Third-Party Complaint against, PRECAST TECHNOLOGIES OF NEVADA, LLC, a Nevada limited liability company, states as follows:

1. On November 21, 2007, Plaintiff, Precast Management Corporation, filed a Complaint in this Court against AMCORE alleging that Precast Technologies of Nevada, LLC cashed certain checks made payable to Plaintiff without proper authority and that AMCORE negligently honored presentation of said checks, damaging Plaintiff in the amount of $283,557.13.

2. AMCORE has denied and continues to deny any and all liability in the aforementioned action and further has denied and continues to deny that Plaintiff is entitled to any relief whatsoever from AMCORE.

70565342v1 863313

3. However, if AMCORE is found to be liable in any amount to Plaintiff, AMCORE's proposed Third Party Complaint alleges that Precast Technologies of Nevada, LLC is in turn liable to AMCORE in the same amount of any and all such liability of AMCORE to Plaintiff plus AMCORE's attorneys' fees.

4. Granting AMCORE leave to file its Third Party Complaint will not result in prejudice to Plaintiff, as no response to the Third Party Complaint is required by Plaintiff, and Plaintiff and AMCORE have been and continue to engage in written discovery regarding Plaintiff's claims in its Complaint.

5. This motion is being brought in good faith and not for any purposes of delay. A copy of the proposed Third-Party Complaint is attached hereto as **Exhibit "A"**.

WHEREFORE, the Defendant/Third-Party Plaintiff, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court grant it leave to file its Third Party Complaint against PRECAST TECHNOLOGIES OF NEVADA, LLC, and for such other relief that this Court deems just and necessary.

Dated: June 20, 2008

Respectfully submitted,

AMCORE BANK, N.A., a national banking association, Defendant

By:  HINSHAW & CULBERTSON LLP

By:  /s/ Matthew M. Hevrin
Matthew M. Hevrin
One of Its Attorneys

Matthew M. Hevrin (ARDC #6256083)
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70565342v1 863313