IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

PRECAST MANAGEMENT CORP.,     )
                                 )
         Plaintiff,         )
                                   )     Case No.: <u>07-C-50231</u>
v.                                        )
                                   )     Judge: Magistrate Judge P. Michael
AMCORE BANK, N.A., a national banking     )     Mahoney
association,                             )
                                   )
         Defendant.      )

## <u>RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION</u>

TO:     Jeffrey L. Lewis
        Klein, Stoddard, Buck, Waller & Lewis, LLC
        2045 Aberdeen Court, Suite A
        Sycamore, IL  60178

     **YOU ARE HEREBY NOTIFIED**, that on **Friday, June 27, 2008 at 1:30 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney, in the room occupied by him, or in his absence, any other Judge that may be presiding in said courtroom, in the United States District Court, 211 South Court Street, Rockford, Illinois, and then and there present:

     **Motion for Leave to File Third-Party Complaint**, a copy of which is attached hereto.

At which time and place you may appear, if you so desire.

DATED:  June 20, 2008                 AMCORE BANK, N.A., a national banking
                                             association, Defendant

                                             By: HINSHAW & CULBERTSON LLP

                                             /s/Matthew M. Hevrin_____
                                             Matthew M. Hevrin
                                             One of Its Attorneys

## AFFIDAVIT OF SERVICE

The undersigned, certifies that on June 20, 2008, a copy of foregoing Notice of Motion was served on the following via the United States District Court for the Northern District of Illinois - Western Division Electronic Filing system (ECF) and/or by depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 p.m., addressed as below:

Jeffrey L. Lewis
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court, Suite A
Sycamore, IL  60178

/s/Matthew M. Hevrin

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, Illinois 61105-1389
(815) 490-4900

70565897v1 863313