IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PRECAST MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMCORE BANK, N.A., a national banking association, <br><br> Defendant. <br><br> AMCORE BANK, N.A., a national banking association, <br><br> Third-Party Plaintiff, <br> v. <br><br> PRECAST TECHNOLOGIES OF NEVADA, LLC, a Nevada Limited Liability Company, <br><br> Third-Party Defendant. | Case No.: 07-C-50231 <br><br> Judge: Frederick J. Kapala |

## THIRD-PARTY COMPLAINT

NOW COMES the Defendant/Third Party Plaintiff, AMCORE BANK, N.A., a national banking association, hereinafter referred to as "AMCORE", by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Third-Party Complaint against, PRECAST TECHNOLOGIES OF NEVADA, LLC, a Nevada limited liability company, states as follows:

### PARTIES AND JURISDICTION

1. AMCORE BANK, N.A. is a national banking association doing business in Winnebago County, Illinois, with its headquarters located at 501 Seventh Street, Rockford, Illinois.

2. PRECAST TECHNOLOGIES OF NEVADA, LLC (hereinafter "PTN") is a Nevada limited liability company doing business in Cedar Rapids, Iowa.

3. The jurisdiction of this Court is based upon diversity jurisdiction pursuant to 28 U.S.C. §1332 in that the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## BACKGROUND FACTS

4. On September 1, 2004, PTN applied to open a business checking account at AMCORE, as evidenced by a copy of the Account Application attached hereto as **Exhibit "A"**.

5. As a result of PTN's application, PTN established an account at AMCORE, Account No. 9801138593 (hereinafter "AMCORE Account").

6. On November 21, 2007, Precast Management Corporation, a Nevada corporation, filed a Complaint in this Court against AMCORE alleging that PTN cashed certain checks made payable to Precast Management Corporation without proper authority and that AMCORE negligently honored PTN's presentation of said checks, damaging Precast Management Corporation in the amount of $283,557.13.

7. AMCORE has denied and continues to deny any and all liability in the aforementioned action and further has denied and continues to deny that Precast Management Corporation is entitled to any relief whatsoever from AMCORE.

8. However, if AMCORE is found to be liable in any amount to Precast Management Corporation, PTN is in turn liable to AMCORE in the same amount of any and all such liability of AMCORE to Precast Management Corporation plus AMCORE's attorneys' fees.

70563719v1 863313

## COUNT I
## BREACH OF PRESENTMENT WARRANTY

9. AMCORE restates and realleges paragraphs ¶¶1-8 of this Third-Party Complaint as and for ¶¶1-8 of Count I as if set forth herein.

10. From approximately February 2005 to July 2005, as part of an ongoing plan, PTN deposited certain checks made payable to a separate entity, Precast Management Corp. (hereinafter "PMC"), into PTN's AMCORE Account.

11. At the time of each deposit of PMC's checks into PTN's AMCORE Account, PTN made presentment warranties to AMCORE by and through which PTN warranted that the checks had been properly endorsed and the PTN had the authority to negotiate each check.

12. On information and belief, according to the allegations of Precast Management Corporation's Complaint against AMCORE, PTN did not have the authority to negotiate the checks on behalf of PMC.

13. On information and belief, according to the allegations of Precast Management Corporation's Complaint against AMCORE, PTN did not possess the consent of PMC to negotiate the checks.

14. On information and belief, the total amount of the checks made payable to PMC which were deposited by PTN into its AMCORE Account is approximately $283,557.13 (hereinafter referred to as "PMC Funds").

15. Since depositing the aforementioned checks into PTN's AMCORE Account, PTN has withdrawn all PMC Funds from its AMCORE Account either by withdrawal, transfer, or issuance of checks to third parties.

3

16. By presenting PMC's checks to AMCORE for deposit into PTN's AMCORE Account, without the authority of PMC, PTN breached its presentment warranties to AMCORE in violation of 810 ILCS 5/3-417 and 810 ILCS 5/4-208.

17. AMCORE has been damaged as a result of PTN's actions, as alleged above, in the amount of attorneys' fees and costs incurred in defending PMC's lawsuit against AMCORE and in the amount of any liability imposed upon AMCORE in favor of Precast Management Corporation.

18. Pursuant to 810 ILCS 5/3-417(b) and 810 ILCS 4/208(b), PTN is liable for all such costs and expenses resulting from its breaches.

WHEREFORE, the Defendant/Third-Party Plaintiff, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court enter judgment in its favor and against PRECAST TECHNOLOGIES OF NEVADA, LLC, in the amount which AMCORE is held to be liable to Precast Management Corporation, if any, plus interest and attorneys' fees accruing through trial, and for such other relief that this Court deems just and necessary.

### COUNT II
### UNJUST ENRICHMENT

1-18. AMCORE restates and realleges paragraphs ¶¶1-18 of this Third-Party Complaint as and for ¶¶1-18 of Count II as if set forth herein.

19. By depositing the PMC Funds into its AMCORE Account, and subsequently withdrawing the PMC Funds, PTN unjustly retained and were benefited by the use of the PMC Funds.

20. As a result of PTN's unjust retention of the PMC Funds, AMCORE has been damaged.

4

WHEREFORE, the Defendant/Third-Party Plaintiff, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court enter judgment in its favor and against PRECAST TECHNOLOGIES OF NEVADA, LLC, in the amount which AMCORE is held to be liable to Precast Management Corporation, if any, plus interest and attorneys' fees accruing to trial, and for such other relief that this Court deems just and necessary.

## COUNT III
## CONVERSION

1-20. AMCORE restates and realleges paragraphs ¶¶1-20 of this Third-Party Complaint as and for ¶¶1-20 of Count III as if set forth herein.

21. Upon deposit of checks made to the order of PMC into AMCORE Account No. 9801138593, AMCORE took possession of the checks and title to the checks themselves and the related PMC Funds transferred to AMCORE.

22. On information and belief, according to the allegations of Precast Management Corporation's Complaint against AMCORE, PTN endorsed PMC's checks without authorization of PMC.

23. PTN's subsequent withdrawal of PMC's Funds without the authorization of PMC constituted conversion of the funds.

24. As a result of PTN's conversion, AMCORE was damaged in the amount of attorneys' fees and costs incurred as a result of defending Precast Management Corporation's claims.

70563719v1 863313

WHEREFORE, the Defendant/Third-Party Plaintiff, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court enter judgment in its favor and against PRECAST TECHNOLOGIES OF NEVADA, LLC, in the amount which AMCORE is held to be liable to Precast Management Corporation, if any, plus interest and attorneys' fees accruing to trial, and for such other relief that this Court deems just and necessary.

Dated: July 1, 2008

Respectfully submitted,

AMCORE BANK, N.A., a national banking association, Defendant/Third-Party Plaintiff

By:   HINSHAW & CULBERTSON LLP


By:   /s/ Matthew M. Hevrin
      Matthew M. Hevrin
      One of Its Attorneys


Matthew M. Hevrin (ARDC #6256083)
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

6

70563719v1 863313

## CERTIFICATE OF SERVICE

I, Matthew M. Hevrin, an attorney, hereby certify that on July 1, 2008, I electronically filed Defendant's **THIRD-PARTY COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service thereof to be served on:

>Jeffrey L. Lewis
>KLEIN, STODDARD, BUCK, WALLER & LEWIS, LLC
>2045 Aberdeen Court, Suite A
>Sycamore, IL 60178
>*(Attorney for Plaintiff)*

and by mailing a copy to the above-referenced parties of record by depositing the same in the U.S. Mail at Rockford, Illinois, before the hour of 5:00 p.m. on July 1, 2008, proper postage prepaid.

>/s/Matthew M. Hevrin
>Matthew M. Hevrin
>Attorney for Defendant/Third-Party Plaintiff
>HINSHAW & CULBERTSON LLP
>100 Park Avenue
>P.O. Box 1389
>Rockford, IL 61105-1389
>Telephone: 815-490-4900
>Facsimile: 815-490-4901
>mhevrin@hinshawlaw.com

70563719v1 863313