| | |
|---|---|
| AMCORE Bank, N.A.<br>Schaumburg - 102<br>1180 E Higgins<br>Schaumburg, IL 60173 | **ACCOUNT NUMBER** 9801138593 |
| | **ACCOUNT OWNER(S) NAME & ADDRESS**<br>PRECAST TECHNOLOGIES OF NEVADA LLC<br>3519 CENTER POINT RD NE<br>CEDAR RAPIDS, IA 52402 |

**OWNERSHIP OF ACCOUNT - CONSUMER PURPOSE**
- ☐ INDIVIDUAL   ☐ _____
- ☐ JOINT - WITH SURVIVORSHIP (and not as tenants in common)
- ☐ JOINT - NO SURVIVORSHIP (as tenants in common)
- ☐ TRUST - SEPARATE AGREEMENT: _____

☐ REVOCABLE TRUST   OR   ☐ PAY-ON-DEATH
DESIGNATION AS DEFINED IN THIS AGREEMENT
Name and Address of Beneficiaries:

EXHIBIT "A"

| TYPE OF ACCOUNT | |
|---|---|
| ☒ NEW | ☐ EXISTING |
| ☒ CHECKING | ☐ SAVINGS |
| ☐ MONEY MARKET | ☐ CERTIFICATE OF DEPOSIT |
| ☐ NOW | ☐ _____ |

This is your (check one): Analysis Checking
☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal 1
FACSIMILE SIGNATURE(S) ALLOWED?   ☐ YES   ☐ NO

[ x_____ ]

SIGNATURE(S) - The undersigned agree to the terms stated on every page of this form and acknowledge receipt of a completed copy. The undersigned further authorize the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following disclosure(s):

☑ Consumer / Commercial Deposit Disclosure
☑ Account Disclosure & Rules
☐ Time Deposit Disclosure

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**
- ☐ SOLE PROPRIETORSHIP
- ☐ CORPORATION:   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
- ☐ PARTNERSHIP
- ☒ Limited Liability Company
- BUSINESS: PRECAST TECHNOLOGIES OF NEVADA LLC
- COUNTY & STATE OF ORGANIZATION: IA
- AUTHORIZATION DATED: _____

DATE OPENED  09/01/2004  BY OZEESAN
INITIAL DEPOSIT $ _____
☐ CASH   ☐ CHECK   ☒ AMCORE
HOME TELEPHONE # _____
BUSINESS PHONE # (319) 390-5555
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(1): [ x _signature_ ]
JOHN UDELHOFEN
I.D. # 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    D.O.B. 07/28/1958

(2): [ x _signature_ ]
BRUCE WILLEY
I.D. # 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    D.O.B. _____

(3): [ x _signature_ ]
C. SCOTT LONG
I.D. # 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    D.O.B. _____

(4): [ x _____ ]
I.D. # _____    D.O.B. _____

**BACKUP WITHHOLDING CERTIFICATIONS**
TIN: 20-1546435
☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _signature_    _____ (Date)

☐ Authorized Signer (Individual Accounts Only)
[ x _signature_ ]
I.D. # _____    D.O.B. _____

G?0 113?5?

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

AMCORE Bank, N.A.
Schaumburg - 102
1180 E Higgins
Schaumburg, IL 60173

By: PRECAST TECHNOLOGIES OF NEVADA LLC
3519 CENTER POINT RD NE
CEDAR RAPIDS, IA 52402

Referred to in this document as "Financial Institution"    Referred to in this document as "Limited Liability Company"

I, __John Udelhofen__, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of _____, Federal Employer I.D. Number __20-1546435__, engaged in business under the trade name of __PRECAST TECHNOLOGIES OF NEVADA LLC__, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. JOHN UDELHOFEN | X /s/ John Udelhofen | X |
| B. BRUCE WILLEY | X /s/ | X |
| C. C. SCOTT LONG | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| | (1) Exercise all of the powers listed in this resolution. | |
| | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date)

/s/ John Udelhofen                                  /s/
Attest by One Other Manager or Designated Member    Manager or Designated Member

© 1985, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 6/12/2002 Custom  MDF. EILLLC1

(page 1 of 2)