# United States District Court for the Northern District of Illinois

Case Number: 07 50231　　　　　　Assigned/IssuedBy: pb

---

## FEE INFORMATION

**Amount Due:** ☐ $350.00　☐ $39.00　☐ $5.00　☐ IFP　☐ No Fee　☐ Other

**FILED JUL 01 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____　　Receipt #: _____

Date Paid: _____　　Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**
- ☐ Summons
- ☒ Third Party Summons
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)
- ☐ Alias Summons
- ☐ Lis Pendens

Original and ___1___ copies on __7/1/08__ as to _Freust Technologies_
　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\feeinfo.frm　01/01