Case Name: Amcore Bank, N.A. vs. Precast Technologies of Nevada, LLC (US District Court, Northern District of Illinois)

Case No.: 07-cv-50231

Date Rcvd: 8 July 2008

**STATE OF IOWA**
ss.
**LINN COUNTY**

## RETURN OF SERVICE

| Service Type | # |
|---|---|
| Personal | 1 |
| Dwelling/Substitute | 2 |
| Hotel/Boarding/Rooming House | 3 |
| X  Corporation/Association | 4 |
| Official (State, County, City) | 5 |
| Spouse away from residence | 6 |
| Other | 7 |
| Diligent Search (not served) | 8 |

I certify that I served a copy of:

- ☐ Original Notice and Petition
- ☐ Original Notice and Petition Foreclosure
- ☐ Returned Check-ISF/Account Closed
- ☒ Summons and Complaint (3RD Party)
- ☐ Nonpayment Rent/Terminate Tenancy
- ☐ Notice of Forfeiture Real Estate Contract
- ☐ Notice of Garnishment
- ☐ Temporary DA Order & Petition
- ☐ Permanent DA Order
- ☐ Order to Show Cause DA
- ☐ Modification DA Order
- ☐ Subpoena
- ☐ Subpoena Duces Tecum

Precast Technologies of Nevada by serving Bruce Willey, President [4] on 9 July 2008 @ 1123 hrs at 3519 Center Point Rd NE, Cedar Rapids, Linn County, Iowa

NOTES: (Diligent Search, etc)

Mr. Willey noted to me that "Precast Technologies of Nevada" has been out of business for three (3) years.

Donald Zeller, Sheriff, Linn County, Iowa
By: Jeffrey Kuhnke 173, Deputy Sheriff

Fees:
- Process: 15.00
- Mileage: 11.11
- Copy: 0.50
- Notary:
- Total: $26.61

Fees charged to/paid by Atty/Party: Atty 7-11-08 $24