☐AO 441 (Rev. 04/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the
### NORTHER DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| PRECAST MANAGEMENT CORP. | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | )     Civil Action No. 07-cv-50231 |
| AMCORE BANK, N.A., a national banking association | ) |
| _____ | ) |
| Defendant, Third-party plaintiff | ) |
| v. | ) |
| PRECAST TECHNOLOGIES OF NEVADA, LLC, a Nevada Limited Liability Company | ) |
| _____ | |
| Third-party defendant | |

## Summons on a Third-Party Complaint

To: *(Third-party defendant's name and address)*
    PRECAST TECHNOLOGIES OF NEVADA, LLC, a Nevada Limited Liability Company
    c/o Bruce A. Willey, President
    3519 Center Point Rd. NE
    Cedar Rapids, IA 52402

        A lawsuit has been filed against defendant AMCORE BANK, N.A._____, who as third-party plaintiff is making
this claim against you to pay part or all of what the defendant may owe to the plaintiff CORP.._____ PRECAST MANAGEMENT

        Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:

Matthew M. Hevrin
HINSHAW & CULBERTSON LLP
100 Park Avenue
Rockford, IL 61101
It must also be served on the plaintiff's attorney, whose name and address are:
Jeffrey L. LEWIS
Klein, Stoddard, Buck, Waller & Lewis
2045 Aberdeen Court, Suite A
Sycamore, IL 60178
If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

        A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 7/1/08

                               MICHAEL W. DOBBINS
                                Name of clerk of court

                                  Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

☐AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

    _____

    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

                                 _____
                                           Server's signature

                                 _____
                                        Printed name and title

                                 _____
                                        Server's address

American LegalNet, Inc.
www.FormsWorkflow.com