IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PRECAST MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> AMCORE BANK, N.A., a national banking association, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 07-C-50231 <br> ) <br> ) Judge: Magistrate P. Michael Mahoney <br> ) <br> ) |
| AMCORE BANK, N.A., a national banking association, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> PRECAST TECHNOLOGIES OF NEVADA, LLC, a Nevada Limited Liability Company, <br><br> Third-Party Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO COMPEL

NOW COMES the Defendant, AMCORE BANK, N.A., a national banking association, hereinafter referred to as "AMCORE", by and through its attorneys, HINSHAW & CULBERTSON LLP, and as its Motion to Compel against the Plaintiff, PRECAST MANAGEMENT CORP., hereinafter referred to as "PRECAST", states as follows:

1. On May 1, 2008, AMCORE propounded its First Set of Interrogatories and Request to Produce upon PRECAST.

2. On May 9, 2008, AMCORE issued supplemental discovery requests including Supplemental Interrogatories and Request to Produce.

3. Pursuant to Rule 33 and Rule 34 of the Federal Rules of Civil Procedure, responses to these discovery requests were due on or about June 11, 2008.

70569875v1 863313

4. On June 17, 2008, counsel for AMCORE sent correspondence to counsel for PRECAST requesting responses to the discovery requests within fourteen (14) days of the date of that letter. A copy of said correspondence is attached hereto as **Exhibit "A"**.

5. In response to that correspondence, counsel for PRECAST contacted counsel for AMCORE and advised that the written discovery was being completed and that responses would be produced shortly.

6. Since that point in time, nearly six (6) additional weeks has passed and no responses to the discovery requests have been received.

7. AMCORE has made a good faith effort to secure the discovery responses without court action in compliance with Rule 37 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, AMCORE BANK, N.A., a national banking association, respectfully requests that this Court enter an Order requiring Plaintiff, PRECAST MANAGEMENT CORP., to respond to all outstanding written discovery within fourteen (14) days, and for all such other and further relief as this Court deems just and necessary.

Dated: July 31, 2008

Respectfully submitted,

AMCORE BANK, N.A., a national banking association, Defendant

BY:   HINSHAW & CULBERTSON LLP

By: s/Matthew M. Hevrin
    Matthew M. Hevrin

Matthew M. Hevrin (ARDC #6256083)
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

2

70569875v1 863313



**HINSHAW**
& CULBERTSON LLP



ATTORNEYS AT LAW

100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389

815-490-4900
815-490-4901 (fax)
www.hinshawlaw.com

June 17, 2008

Jeffrey L. Lewis
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court, Suite A
Sycamore, IL 60178

Re:   *Precast Management Corp. v. Amcore Bank, 07-C-50231*

Dear Jeff:

This letter is being sent to pursuant to Rule 37. On May 1, 2008, Amcore propounded its first set of written discovery on your client, Precast Management Corp. On May 9, 2008, Amcore issued supplemental discovery requests. To date, we have not received any Responses to the discovery requests, which were due at the latest on June 11, 2008.

Please provide me with your Responses within fourteen (14) days of the date of this letter, or contact me to advise why those Response cannot be completed in that timeframe.

Thank you for your cooperation in this matter. Please contact me with any questions or concerns.

Sincerely,

HINSHAW & CULBERTSON LLP

Matthew M. Hevrin
815-490-4935
mhevrin@hinshawlaw.com

MMH/kkr

