IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PRECAST MANAGEMENT CORP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMCORE BANK, N.A., a national banking ) <br> association, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> AMCORE BANK, N.A., a national banking ) <br> association, ) <br> ) <br> Third-Party Plaintiff, ) <br> v. ) <br> ) <br> PRECAST TECHNOLOGIES OF NEVADA, ) <br> LLC, a Nevada Limited Liability Company, ) <br> ) <br> Third-Party Defendant. ) | Case No.: <u>07-C-50231</u> <br><br> Judge: Magistrate P. Michael Mahoney |

## RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

TO:

Jeffrey L. Lewis
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court, Suite A
Sycamore, IL 60178

Precast Technologies of Nevada, LLC
c/o Bruce A. Willey, President
3519 Center Point Rd., NE
Cedar Rapids, IA 52402

**YOU ARE HEREBY NOTIFIED**, that on **Wednesday, August 6, 2008 at 1:30 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney, in the room occupied by him, or in his absence, any other Judge that may be presiding in said courtroom, in the United States District Court, 211 South Court Street, Rockford, Illinois, and then and there present: **Motion to Compel**, a copy of which is attached hereto.

At which time and place you may appear, if you so desire.

DATED: July 31, 2008

AMCORE BANK, N.A., a national banking association, Defendant

Matthew M. Hevrin (ARDC #6256083)
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389

By: HINSHAW & CULBERTSON LLP

/s/Matthew M. Hevrin
Matthew M. Hevrin
One of Its Attorneys

70569876v1 863313

## AFFIDAVIT OF SERVICE

The undersigned, certifies that on July 31, 2008, a copy of foregoing Notice of Motion and Motion to Compel was served on the following via the United States District Court for the Northern District of Illinois - Western Division Electronic Filing system (ECF) and/or by depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 p.m., addressed as below:

Jeffrey L. Lewis
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court, Suite A
Sycamore, IL  60178

Precast Technologies of Nevada, LLC
c/o Bruce A. Willey, President
3519 Center Point Rd., NE
Cedar Rapids, IA  52402

/s/Matthew M. Hevrin

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, Illinois 61105-1389
(815) 490-4900

70569876v1 863313