**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Precast Management Corp.
        Plaintiff,

v.              Case No.: 3:07−cv−50231
              Honorable Frederick J. Kapala

Amcore Bank, N.A.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney: Discovery hearing held on 8/6/2008. Plaintiff's counsel does not appear. Defendant's Motion to compel [21] is entered and continued to Discovery Hearing set for 8/27/2008 at 01:30 PM. Plaintiff's counsel must appear or it will be the Report and Recommendation of the Magistrate Judge that this case be dismissed for want of prosecution. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.