# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Precast Management Corp.
                    Plaintiff,

v.                                              Case No.: 3:07−cv−50231
                                                Honorable Frederick J. Kapala

Amcore Bank, N.A.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney: Discovery hearing held on 8/27/2008. Defendant's Motion to compel [21] is granted. Response to outstanding discovery due 9/19/08. Discovery Hearing to set new discovery schedule set for 10/15/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.